# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| : | Case No. 09-12072 (MFW) |
| Isolagen, Inc., *et al.*,[1] : | |
| : | Jointly Administered |
| Debtors. : | Re: 64 |
| : | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Bankruptcy Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

July 27, 2009 at 4:00 p.m.

August 27, 2009 at 2:00 p.m.

September 28, 2009 at 11:30 a.m.

October 26, 2009 at 11:30 a.m.
(also an omnibus fee application hearing)

IT IS SO ORDERED this _____ day of July, 2009.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[1] The Debtors are Isolagen, Inc., tax identification number 22-3436974, and Isolagen Technologies, Inc., tax identification number 22-3436974.